IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHANNON DALE McCURDY,

    Plaintiff,

v.                                           Case No. 4:14cv516-MW/CAS

LYRON WALKER, et al.,

    Defendants.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED without prejudice** for failure to comply with an order of this Court or to prosecute this case, pursuant to Rule 41(b), Federal Rules of Civil Procedure." The Clerk shall close the file.

    **SO ORDERED on March 18, 2015.**

                                                       **s/Mark E. Walker                 
United States District Judge**